GEORGE W. CASE, Appellant, v. ELIZABETH J. CHAPIN, PAULINE CHAPIN HODGES and EDWARD KELLY, as Executors of and Trustees under the Last Will and Testament of CHESTER W. CHAPIN, Deceased, and ATLANTIC UTILITIES CORPORATION, Impleaded, Respondents.— Motion to add case to October calender denied. The appeal will be heard at the November term. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

LOUISE G. CLARKSON, Respondent, v. HAROLD KRIEGER, Appellant, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

PAUL COSTALLAT and LILLIAN COSTALLAT, Respondents, v. JOSEPH DIAMOND and BENJAMIN ANTONOWSKY and THRIFT SERVICE STATIONS, INC., Appellants.— Motion to dismiss appeal denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

ROSE GOLDSTEIN, Appellant, v. REBECCA FINER, Respondent.— Motion withdrawn upon stipulation of counsel. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

MILES F. GORDON, Appellant, v. GERSHON G. COHEN and FRANK A. BELLUCCI, Respondents.— Motion to dismiss appeal denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

JAMES T. GORTON, Respondent, v. JOS. M. LABRA, INC., JOSEPH M. LABRA and SOFIA LABRA, Appellants. JOSEPH STAUBACH, JR., and Others, Defendants.— Motion to stay sale under foreclosure denied. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

MICHAEL HAKAL, Respondent, v. EDWARD W. JACKSON and CHARLES ANDERSON PHILLIPS, Appellants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

HARDING PARK HOMES CO., INC., Appellant, v. EAGLE INDEMNITY COMPANY, Respondent, and SALADINO BUILDING CO., INC., and Others, Defendants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

ELIZABETH M. HENNESSEY, Respondent, v. WILLIAM J. HENNESSEY, Appellant. (Appeal No. 1.)— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ. Settle order on notice.

ELIZABETH M. HENNESSEY, Respondent, v. WILLIAM J. HENNESSEY, Appellant. (Appeal No. 2.)— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

JULIUS HERMAN, INC., Appellant, v. NATIONAL TITLE GUARANTY COMPANY, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

WILLIAM D. M. HOLMES, Appellant, v. BENJAMIN H. HOLMES, ANNA HOLMES, His Wife, and WILLIAMS FINANCE CORPORATION, a Domestic Corporation, Respond-